UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dickinson R. Debevoise |
| v. | : | |
| | : | Criminal No. 10-813 (DRD) |
| | : | |
| | : | <u>CONTINUANCE ORDER</u> |
| IBN HUTCHINS | | |

      This matter having been opened to the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Robert Frazer, Assistant U.S. Attorney, appearing), and defendant IBN HUTCHINS (K. Anthony Thomas, Esq., appearing) and good cause having been shown,

      IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

      (1) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render a trial of this matter unnecessary;

      (2) The defendant consents to the continuance; and

      (3) Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

      IT IS, therefore, on this 10th day of January, 2011,

      ORDERED that:

the trial date in this matter is continued until March 24, 2011, and that the period of time from January 6, 2011 through March 24, 2011 shall be excluded for the purposes of computing time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (h)(8)(B)(ii), and (h)(8)(B)(iv); and it is further

ORDERED that:

1. Defendants shall file pretrial motions on or before **February 21, 2011**;

2. The Government shall respond to such motions on or before **March 4, 2011**;

3. The return date for pretrial motions shall be **March 16, 2011**; and

4. Trial shall commence on **March 24, 2011** at 10:00 a.m.

HON. DICKINSON R. DEBEVOISE
United States District Judge

K. Anthony Thomas, Esq.
Attorney for MARY HOLMES

Date: January 10, 2011

2