UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA　　:　　Hon. Dickinson R. Debevoise
　　　　　　　　　　　　　　:
　　　　v.　　　　　　　　　:
　　　　　　　　　　　　　　:　　Criminal No. 10-813 (DRD)
　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　:　　<u>CONTINUANCE ORDER</u>
IBN HUTCHINS

　　　　This matter having been opened to the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Robert Frazer, Assistant U.S. Attorney, appearing), and defendant IBN HUTCHINS (K. Anthony Thomas, Esq., appearing) and good cause having been shown,

　　　　IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

　　　　(1) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render a trial of this matter unnecessary;

　　　　(2) The defendant consents to the continuance; and

　　　　(3) Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

　　　　IT IS, therefore, on this 17th day of March, 2011,

　　　　ORDERED that:

the trial date in this matter is continued until July 25, 2011, and that the period of time from March 24, 2011 through July 25, 2011 shall be excluded for the purposes of computing time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (h)(8)(B)(ii), and (h)(8)(B)(iv); and it is further

ORDERED that:

1. Defendants shall file pretrial motions on or before **May 23, 2011**;

2. The Government shall respond to such motions on or before **June 21, 2011**;

3. The return date for pretrial motions shall be **July 12, 2011**; and

4. Trial shall commence on **July 25, 2011** at 10:00 a.m.

HON. DICKINSON R. DEBEVOISE
United States District Judge

K. Anthony Thomas, Esq.
Attorney for IBN HUTCHINS

Date: March 17, 2011

2