UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dickinson R. Debevoise |
| v. | : | |
| | : | Criminal No. 10-813 (DRD) |
| | : | |
| IBN HUTCHINS | : | <u>CONTINUANCE ORDER</u> |

This matter having been opened to the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Robert Frazer, Assistant U.S. Attorney, appearing), and defendant IBN HUTCHINS (K. Anthony Thomas, Esq., appearing) and good cause having been shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render a trial of this matter unnecessary;

(2) The defendant consents to the continuance; and

(3) Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this ___13th___ day of July, 2011,

ORDERED that:

the trial date in this matter is continued until November 28, 2011, and that the period of time from July 25, 2011 through

November 28, 2011 shall be excluded for the purposes of computing time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (h)(8)(B)(ii), and (h)(8)(B)(iv); and it is further

ORDERED that:

1. Defendants shall file pretrial motions on or before **September 29, 2011**;

2. The Government shall respond to such motions on or before **October 17, 2011**;

3. The return date for pretrial motions shall be **November 18, 2011**; and

4. Trial shall commence on **November 28, 2011** at 10:00 a.m.

HON. DICKINSON R. DEBEVOISE
United States District Judge

K. Anthony Thomas, Esq.
Attorney for IBN HUTCHINS

Date: July 13, 2011